AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>RAYMOND CHARLES JR.<br><br>*Defendant(s)* | Case No. 7:22-MJ-184 |

**FILED**
July 06, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __M. Ramirez__
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __JULY 1ST, 2022__ in the county of __ECTOR__ in the __WESTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1), | Felon in Possession of a firearm |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ Nicholas Moore
*Complainant's signature*

DETECTIVE NICHOLAS MOORE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/06/2022

*Judge's signature*

City and state: MIDLAND, TEXAS

Ronald C. Griffin, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT           7:22-MJ-184

I, Nicholas Moore, a Detective with the Odessa Police Department Intelligence Division being first duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the Odessa Police Department. I have been employed as a peace officer with the Odessa Police Department for approximately four and a half years. For approximately one and half years, I was assigned to the Patrol Division. For approximately two and a half years, I have been assigned to the Intelligence Division investigating narcotics, vice offenses, fugitive apprehension, along with violent crimes within the State of Texas and US Federal court systems. I am currently assigned to the investigation of Raymond CHARLES Jr. Specifically, CHARLES is accused of possessing a firearm, while being a convicted felon, to wit: black Ruger P90 .45 caliber semi-automatic handgun serial#663-83678 that was manufactured in Prescot, Arizona which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g).

2. The sole purpose of this affidavit is to establish that there is probable cause to believe that CHARLES engaged in specific criminal activity. This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief. The source of information and belief are: oral and written reports about this investigation that have been received, either directly or indirectly from other local law enforcement officers. This affidavit does not contain all information known to law enforcement officers concerning this matter.

3. On July 1st, 2022 at approximately 12:38 a.m. Corporal G. Potter observed a blue single cab 2013 Chevrolet Silverado bearing Arkansas LP# AFE63X traveling south in the 100 block of Pronto Street, Odessa, Ector County, in the Western District of Texas. The vehicle was traveling at a high rate of speed as it approached the intersection with Trunk Street. Corporal G. Potter observed the driver making a right turn westbound onto the 6500 block of Trunk Street without stopping at the stop intersection. The driver ran the stop sign at a high rate of speed. The stop sign is clearly visibly and even has very bright red flashing LED lights around it to increase visibility at night from a very long distance away.

4. The driver then began accelerating westbound on the 6500 block of Trunk Street, a 35mph street at a very high rate of speed. Corporal G. Potter had to accelerate over 70 mph to catch up to the violator vehicle and a traffic stop was initiated near intersection of Trunk/Proctor.

5. The driver, owner, and sole occupant of the vehicle was positively identified as Raymond CHARLES Jr. Corporal G. Potter detected a moderate odor of an alcoholic beverage on CHARLES breath and his eyes were very red and bloodshot. CHARLES indicated that he drank a couple of beers. Furthermore, he detected an extremely strong and distinctive odor of marijuana emitting from CHARLES breath and from inside the vehicle.

6. Corporal G. Potter asked CHARLES to exit the vehicle to conducted a probable cause search and asked if he had any weapons to which he initially indicated that he did not. Corporal G. Potter observed in plain view in the driver's door pocket an Ooze THC vape pen with a full vape cartridge attached to it. CHARLES was detained so that Corporal G. Potter could safely conduct a search for narcotics at this time pending further investigation.

7.  CHARLES then voluntarily informed Corporal G. Potter that he had a gun in his truck despite initially telling Corporal G. Potter he had no weapons. Corporal G. Potter searched CHARLES truck based on probable cause and located in the front dash ash tray a clear plastic bag filled with a useable amount of marijuana under two ounces. Corporal G. Potter located a black Ruger P90 .45 caliber semi-automatic handgun serial#663-83678 that was manufactured in Prescot, Arizona located next to the seat belt on the driver's side which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g). The firearm was loaded with 8 rounds of ammunition in the magazine. A computer check confirmed that the handgun was stolen out of Crawford Co SO Van Buren Arkansas case #2015-0640.

8.  A computer check through dispatch revealed that CHARLES has an extensive Criminal History through multiple states which includes but not limited to a FELONY conviction on June 29th, 2000 for Residential Burglary/Theft of Property out of Star City, Arkansas. Furthermore, CHARLES is a convicted felon out of the US Federal Courts for PWID Cocaine where he served twelve months of confinement in the BOP.

9.  On the day of the incident, Corporal G. Potter was wearing a department issued Axon Body Camera 3 which records audio and visual. On video when Corporal was detaining CHARLES, CHARLES states "I have my gun right there". CHARLES was read his *Miranda* rights and did not want to answer questions.

10. Assistant United States Attorney Monica Daniels was notified and agreed to prosecute the case.

FEDERAL CRIMINAL VIOLATIONS

11. Specifically, CHARLES is accused of possessing a firearm, while being a convicted felon, to wit: black Ruger P90 .45 caliber semi-automatic handgun serial#663-83678 that was manufactured in Prescot, Arizona which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g). Under federal law, the crime of Felon in Possession of a Firearm is punishable by up to ten years in prison, three years of supervised release, and $250,000 in fines.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

\_\_\_/s/ Nicholas Moore_____
Detective Nicholas Moore
Odessa Police Department
Intelligence Unit

Sworn and Subscribed before me this 6th day of July, 2022.

_____
Ronald C. Griffin
United States Magistrate Judge