**FILED**
July 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____J.B._____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) RAYMUND CHARLES JR<br><br>Defendant | INDICTMENT   7:22-cr-00154<br><br>COUNT 1: 18 U.S.C. § 922(g)(1) - Possession of a Firearm by a Convicted Felon |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about July 1, 2022, in the Western District of Texas, Defendant,

**(1) RAYMUND CHARLES JR,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: Ruger P90 .45 caliber semi-automatic handgun, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

Original Signed by the
Foreperson of the Grand Jury

_____
FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____/s/ B. Young for_____
Monica L. Daniels
Assistant United States Attorney