# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | MO:22-CR-00154(1)-DC |
| | § | |
| (1) RAYMOND CHARLES JR | § | |

## ORDER RESETTING JURY SELECTION/TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION/TRIAL** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Tuesday, October 04, 2022 at 08:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 3rd day of October, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE