UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: MO:22-CR-00154(1)-DC |
| (1) RAYMOND CHARLES JR | § § | |

**ORDER SETTING BENCH TRIAL**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **BENCH TRIAL,** in the Courtroom 3, 200 E. Wall, Midland, TX, on **October 04, 2022 at 09:00 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office, U.S. Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 3rd day of October, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE