UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                        ) | NO. 7:22-CR-154 |
| ) | |
| RAYMOND CHARLES JR.        ) | |

### STIPULATION OF TESTIMONY AND FACTS

The United States of America, and Defendant **Raymond Charles Jr.**, by and through his attorney, agree to the following:

1. Both parties represent to the Court that they stipulate that the following facts are not disputed:

   a. On July 1, 2022, Corporal Gary Potter of the Odessa Police Department encountered Raymond CHARLES Jr, who was the sole occupant of a blue Chevrolet Silverado pickup truck.

   b. During a search of the truck Corporal Potter located a loaded black Ruger P90 .45 caliber semi-automatic handgun with serial # 663-83678, manufactured in Prescot Arizona next to the seat belt on the driver's side.

   c. Raymond CHARLES Jr. was previously convicted of a felony offense in the Circuit Court in Sebastian County Arkansas for Felon in possession of a firearm in case #CR-2012038.

2. The Defendant's sole dispute is the denial of his suppression motion, argued on September 29, 2022.

3. The parties agree that Raymond CHARLES Jr. has preserved for appeal the questions raised in the motion to suppress litigated in his case.

4. The Defendant admits that he unlawfully possessed the firearm, despite knowing his status as a prohibited person.

5. The Defendant waives his right to a jury trial and agrees to a stipulated bench trial.

1


GOVERNMENT EXHIBIT
10/4/22
7:22-CR-154

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: _____
MONICA L. DANIELS
Assistant United States Attorney

_____
ANTHONY J. COLTON
Attorney for Defendant

_____
RAYMOND CHARLES JR.
Defendant