IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. |
| | * | MO:22-CR-154 |
| VS. | * | |
| | * | |
| RAYMOND CHARLES, JR. | * | October 4, 2022 |


BEFORE THE HONORABLE DAVID COUNTS
BENCH TRIAL


APPEARANCES:

For the Government:  Monica Daniels, Esq.
                     Assistant U.S. Attorney
                     400 W. Illinois Avenue
                     Midland, Texas 79701


For the Defendant:   Anthony Colton & John
                     Velasquez, Esq., Assistant
                     Federal Public Defenders
                     200 E. Wall Street, Suite 110
                     Midland, Texas 79701


Court Reporter:      Tamara D. Ross
                     200 E Wall
                     Midland, Texas 79701


   Proceedings recorded by mechanical stenography,

transcript produced by computer-aided transcription.

PROCEEDINGS

1

2    THE COURT:  The Court calls U.S. V

3  Raymond Charles, Jr., MO:22-CR-154, today for trial.

4    MS. DANIELS:  Monica Daniels for the

5  United States.

6    MR. COLTON:  Anthony Colton and John

7  Velasquez for Mr. Charles.

8    THE COURT:  Mr. Colton, do you continue

9  to believe that Mr. Charles is competent?

10    MR. COLTON:  Yes, Your Honor.

11    THE COURT:  Very well.  And has there

12  been a waiver of jury filed?

13    MR. COLTON:  I don't think we filed.  The

14  stipulated bench trial has a waiver.

15    THE COURT:  It does?  Within it?

16    MR. COLTON:  Yes.

17    THE COURT:  Okay.  Very good.  And it

18  continues to be Mr. Charles' desire to go forward

19  without a jury?  Is that correct?

20    MR. COLTON:  That's correct, Your Honor.

21    THE COURT:  All right.  And Mr. Charles,

22  just -- you're here.  Just for your benefit, we've got

23  a jury panel still planning to come in tomorrow.  Bring

24  them in tomorrow morning.  We'll call them off if you

25  do go through with the bench trial, but I didn't want

    1   there to be any more delay in case you changed your

    2   mind this morning.  Okay?

    3                   THE DEFENDANT:  Yes, sir.

    4                   THE COURT:  This is what you want to do?

    5                   THE DEFENDANT:  Yes, sir.

    6                   THE COURT:  Okay.  Very well.  So

    7   Mr. Charles, the -- I'm sorry.  Let me back up.

    8   Ms. Daniels, the Government's ready?

    9                   MS. DANIELS:  Yes, Your Honor.  The

   10   Government is ready.

   11                   THE COURT:  Defense is ready?

   12                   MR. COLTON:  Yes, Your Honor.

   13                   THE COURT:  All right.  So Mr. Charles,

   14   let me read to you -- there's an indictment that was

   15   returned on July 27th, 2022 by a Federal Grand Jury

   16   sitting here in the Midland-Odessa division of the

   17   Western District of Texas.  It states U.S. of America V

   18   Raymond Charles, Jr.  That's you.  Right?

   19                   THE DEFENDANT:  Yes, sir.

   20                   THE COURT:  All right.  And they've got

   21   Raymond spelled right, with a U?  R-A-Y-M-U-N-D?

   22                   THE DEFENDANT:  No, sir.  That's

   23   incorrect.

   24                   THE COURT:  That should be an O?

   25                   THE DEFENDANT:  Yes, sir.

1          MR. COLTON:  The Government filed a

2    motion to correct the name.

3          THE COURT:  All right.  I just didn't see

4    that.  It says the Grand Jury charges Count I -- and

5    I'll -- if the motion hasn't been granted, then I'll

6    grant that motion, but it may have already been

7    granted.  The Grand Jury charges Count I, on or about

8    July 1st, 2022, in the Western District of Texas,

9    Defendant Raymond Charles, Jr., knowing that he had

10   been convicted of a crime punishable by imprisonment

11   for a term exceeding one year, did knowingly possess a

12   firearm, to wit, a Ruger P90 .45 caliber semiautomatic

13   handgun, said firearm having been shipped and

14   transported in interstate commerce in violation of

15   Title 18 United States code sections 922(g)(1) and

16   924(a)(2), that true bill signed by the Foreperson of

17   the Grand Jury.  Mr. Colton, how does Mr. Charles plead

18   to Count I of the indictment?

19         MR. COLTON:  Not guilty, Your Honor.

20         THE COURT:  Very good.  You all may have

21   a seat.  Ms. Daniels, you may proceed.

22         MS. DANIELS:  Yes, Your Honor.  The

23   Government has three exhibits for the Court, Your

24   Honor.  Government's Exhibit No. 1 is a stipulation of

25   facts in the case.  And that's signed by me,

1    Mr. Colton, and Mr. Charles, Jr.  Government's

2    Exhibit 2 is Officer Gary Potter's bodycam video, and

3    Government's Exhibit 3 is a certified judgment and

4    sentence for Mr. Charles, Jr.

5                    THE COURT:  Okay.  Now, Mr. Colton,

6    objections?

7                    MR. COLTON:  No objection to any of

8    those.

9                    THE COURT:  Then Government's 1, 2, and 3

10   are admitted without objection by agreement.  Go ahead

11   and let me have a look at the -- is this the same video

12   that I watched last week?

13                   MS. DANIELS:  Yes, sir.

14                   THE COURT:  At the suppression hearing?

15                   MS. DANIELS:  Yes, Your Honor.

16                   THE COURT:  So I don't need that,

17   obviously.  Thank you.

18                   (Pause in the proceedings.)

19                   THE COURT:  Ms. Daniels, anything further

20   from the Government?

21                   MS. DANIELS:  No, Your Honor.  The

22   Government rests.

23                   THE COURT:  Mr. Colton?

24                   MR. COLTON:  Just for the record, we'd

25   make a Rule 29 motion, Your Honor.

1          THE COURT:  Tiffany, pull up the script

2    for me.  Where's Sebastian County, Arkansas?

3          THE DEFENDANT:  Fort Smith, Arkansas.

4          THE COURT:  Fort Smith?  That's Fort

5    Smith?  Okay.

6          (Pause in the proceedings.)

7          THE COURT:  The Court, in reviewing the

8    evidence in a light most favorable to the Government,

9    taking all inferences in favor of the Government, and

10   resolving all issues of credibility in favor of the

11   Government, which is the standard of proof required on

12   a Rule 29 motion, at this time finds a reasonable and

13   rational juror could find the Defendant guilty beyond a

14   reasonable doubt of each of the elements set forth in

15   the indictment and respectfully denies the motion.

16   Evidence from the Defense?

17          MR. COLTON:  We rest, Your Honor.

18          THE COURT:  And there was a --

19   Ms. Daniels, there was a motion for a name change on

20   Mr. --

21          MS. DANIELS:  Yes, Your Honor.  That was

22   on September 14th, 2022.

23          THE COURT:  Was that already granted?

24          MS. DANIELS:  I believe so, Your Honor.

25          THE COURT:  Cristina?

1          DEPUTY CLERK:  Yes, sir, it was.

2          THE COURT:  It was.  Thank you.  So
3   Mr. Charles, if you'd stand, please.  The Government
4   and Defense having rested and closed their case, the
5   Court does find you guilty as charged in the indictment
6   that I read to you, charging you with being a --
7   possession of a firearm by a convicted felon.  And that
8   was in this cause.  And again, the indictment was
9   returned July 27, 2022.

10          I'll refer your case to U.S. Probation,
11  who's here, represented by Senior U.S. Probation
12  Officer Douglas Bramley.  He or another officer will
13  prepare a Presentence Investigation Report.  You'll
14  have input in making that report, and then your
15  attorneys will receive a copy of the report well before
16  your sentencing hearing.  They'll very carefully go
17  through it.  They'll share information with you and
18  then file objections if there are objections they're
19  able to file.  If there are any objections that are
20  unresolved at the time of your sentencing by either
21  party, we'll take those up at the sentencing hearing.

22          After all that's done, I'll hear from
23  your attorney.  I'll also hear from you, of course.
24  You have the right and have the opportunity to speak to
25  me before I sentence you.  Do you understand?

```
1              THE DEFENDANT:  Yes, sir.

2              THE COURT:  Any questions?

3              THE DEFENDANT:  No, sir.

4              THE COURT:  Let's see.  What day are we

5    going to do this?

6              DEPUTY CLERK:  January 5, 2023, at 9 a.m.

7              THE COURT:  January 5, 2023, 9 a.m.

8    That can move a little bit up or back for different

9    reasons.  We've got stuff going on, but we'll get

10   pretty close to that, I think.

11             THE DEFENDANT:  Yes, sir.

12             THE COURT:  Do you have any questions at

13   all?

14             THE DEFENDANT:  No, sir.

15             THE COURT:  So Mr. Colton, it appears to

16   me that obviously, the motion -- the suppression issue

17   is preserved, as stated in the stipulation, and -- as

18   well as your motion to dismiss.  So anything further

19   from the Government?

20             MS. DANIELS:  No, Your Honor.

21             THE COURT:  Anything further from the

22   Defense?

23             MR. COLTON:  No, Your Honor.

24             THE COURT:  Thank you.  Mr. Charles, I

25   remand you to the custody of the United States Marshals
```

1    pending your sentencing hearing.  Thank you.

2                MR. COLTON:  Thank you, Your Honor.

3                THE COURT:  Thank you.

4                    (Hearing concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  UNITED STATES DISTRICT COURT )

2  WESTERN DISTRICT OF TEXAS    )

3

4     I, Tamara D. Ross, Official Court Reporter for the

5  United States District Court, Western District of

6  Texas, do certify that the foregoing is a correct

7  transcript from the record of proceedings in the

8  above-entitled matter.

9     I certify that the transcript fees and format comply

10  with those prescribed by the Court and Judicial

11  Conference of the United States.

12     Certified to by me this 22nd day of December, 2022.

13
                              /s/ Tamara D. Ross
14                            TAMARA D. ROSS
                              Official Court Reporter
15                            200 E. Wall
                              Midland, Texas 76703
16                            (432) 685-0346
                              Tamara_Ross@txwd.uscourts.gov
17

18

19

20

21

22

23

24

25