# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. MO:22-CR-00154 (01) |
| | § | |
| RAYMOND CHARLES, JR. | § | |

## ORDER

**BEFORE THE COURT** is Defendant's Motion to Reduce Sentence – First Step Act (Doc. 78) filed February 25, 2025. To the extent the Defendant seeks a compassionate release under the First Step Act, his motion is **DISMISSED WITHOUT PREJUDICE** to the refiling the motion after he has exhausted his administrative remedies at the Bureau of Prisons.

It is so **ORDERED**.

The Clerk of the Court is directed to mail a copy of this Order to:

**Raymond Charles, Jr.**
**Reg. No. 10058-510**
**FCI Texarkana**
**P.O. Box 7000**
**Texarkana, TX 75505-7000**

It is so **ORDERED**.

**SIGNED** this 27th day of February, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE