# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Feb 28, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-50131

United States Court of Appeals
Fifth Circuit
**FILED**
February 6, 2025
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

RAYMOND CHARLES, JR.,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-154-1

_____

Before KING, JONES, and OLDHAM, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

Case: 7:22-cr-00154-DC Document 80 Filed 02/28/25 Page 2 of 2
Case: 23-50131 Document: 102-1 Page: 2 Date Filed: 02/28/2025

No. 23-50131

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.